U.S. District Court
For The District of Columbia

M.M.M., on behalf of his minor child, J.M.A., et al.,

    Plaintiffs,

v.

Jefferson Beauregard Sessions, III, Attorney General of the United States, et al.

Case: 1:18-cv-01759
Assigned To : Friedman, Paul L.
Assign. Date : 7/27/2018
Description: TRO/PI

## MOTION FOR LEAVE TO FILE UNDER PSEUDONYM

Counsel for the Plaintiffs in the above-captioned case hereby respectfully requests leave to file this action under a pseudonym. Plaintiffs are recent migrants seeking asylum in the United States. Revealing their identities could subject them to undo danger here and if they were to return to their home countries. Accordingly, Plaintiffs, through counsel, request the ability to prosecute this action while maintaining confidentiality

of identity. Furthermore, Plaintiffs are minor children being represented in this action by their parents as next friend. Plaintiffs are thus especially vulnerable, and require confidentiality of identity to protect them from further trauma and humiliation.

*/s/ Justin Bernick*

Justin Bernick
Hogan Lovells US LLP
555 13th St NW
Washington, DC 20004
T: 202-637-5600
F: 202-637-5910
justin.bernick@hoganlovells.com

attorney for Plaintiffs