U.S. District Court
for the District of Columbia

M.M.M., on behalf of his minor child, J.M.A., et al.

Plaintiffs,

v.

Jefferson Beauregard Sessions, III,
Attorney General of the United States, et al.

Defendants

Civil Action No.: _____

**(Proposed) Order Granting Motion for Leave to File under Pseudonym**

For good cause shown, the Plaintiffs' Motion for Leave to File under Pseudonym is hereby GRANTED, on this ___ day of July 2018.

_____
Honorable Judge for the United States District Court for the District of [...]