JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
JEFFREY S. ROBINS
Assistant Director, District Court Section
Office of Immigration Litigation
BRIANA YUH
OH State Bar No. 0096087
Trial Attorney
U.S. Department of Justice
Civil Division
District Court Section
Office of Immigration Litigation
P.O. Box 868
Washington, DC 20044
Telephone: (202) 532-4165
Facsimile: (202) 305-7000
E-mail: Briana.Yuh@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-1832-DMS<br><br>MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD |

Under Civil Local Rule 83.3(f)(3), Briana Yuh, co-counsel of record for the

U.S. Department of Justice, in this proceeding, moves this Court to approve her

Motion to Withdraw as attorney of record for Defendants.  As of September 28,

2018, Ms. Yuh will no longer be associated with the U.S. Department of Justice. As

set forth in the accompanying Declaration, the withdrawal of Ms. Yuh will not cause any prejudice or delay in the case. Sarah B. Fabian, Scott G. Stewart, and Jeffrey S. Robins of the U.S. Department of Justice will continue to serve as Lead Counsel for Defendants in this proceeding. The Government has been served with a copy of this Motion and has consented to Ms. Yuh's withdrawal. Therefore, Ms. Yuh respectfully requests that this Court grant her leave to withdraw as attorney of record in this matter.

DATED:  September 28, 2018

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

JEFFREY S. ROBINS
Assistant Director, District Court Section
Office of Immigration Litigation

*s/ Briana Yuh*

BRIANA YUH
Trial Attorney
U.S. Department of Justice
Civil Division
District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4165
E-mail: Briana.Yuh@usdoj.gov

Attorneys for Defendants

## PROOF OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is P.O. Box 868, Washington, D.C. 20044. I am not a party to the above-entitled action. On September 28, 2018, I served the following document described as:

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD**

**DECLARATION OF BRIANA YUH IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD BY BRIANA YUH**

by serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC FILING

the foregoing with the Clerk of the District Court using its ECF System.

## DECLARATION

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, all parties to

this case have been served electronically. I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 28, 2018.

                                      *s/ Briana Yuh*

                                      BRIANA YUH
                                      Trial Attorney
                                      U.S. Department of Justice
                                      Civil Division
                                      District Court Section
                                      Office of Immigration Litigation

                                      Attorney for Defendants