| | |
|---|---|
| 1 | JOSEPH H. HUNT |
| | Assistant Attorney General |
| 2 | Civil Division |
| 3 | SCOTT G. STEWART |
| | Deputy Assistant Attorney General |
| 4 | WILLIAM C. PEACHEY |
| 5 | Director, District Court Section |
| | Office of Immigration Litigation |
| 6 | JEFFREY S. ROBINS |
| 7 | Assistant Director, District Court Section |
| | Office of Immigration Litigation |
| 8 | District Court Section, Office of Immigration Litigation |
| 9 | U.S Department of Justice |
| | P.O. Box 868, Ben Franklin Station |
| 10 | Washington, D.C. 20044 |
| 11 | Phone: (202) 616-1246 |
| | Fax: (202) 305-7000 |
| 12 | Email: jeffrey.robins@usdoj.gov |
| 13 | SARAH B. FABIAN |
| | Senior Litigation Counsel |
| 14 | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-1832-DMS <br><br> **JOINT STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' COMPLAINT** |

| | |
|---|---|
| 1 | Counsel for Defendants, Attorney General Sessions, *et al.*, have met and conferred |
| 2 | with counsel for Plaintiffs, M.M.M. *et al*. The parties agree and stipulate that, in the interests |
| 3 | of proceeding with this litigation in the most orderly and efficient manner possible, to extend |
| 4 | the time period for Defendants to answer Plaintiffs' complaint. Accordingly, the parties |
| 5 | hereby stipulate: |
| 6 | Defendants answer to the second amended complaint shall be due Tuesday, October |
| 7 | 31, 2018. |
| 8 | |
| 9 | A proposed order accompanies the joint stipulation |
| 10 | |
| 11 | // |
| 12 | // |

| | | |
|---|---|---|
| DATED: October 1, 2018 | | Respectfully submitted, |

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

SCOTT G. STEWART
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

*/s/ Jeffrey S. Robins*
JEFFREY S. ROBINS
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: (202) 616-1246
Facsimile: (202) 305-7000
jeffrey.robins@usdoj.gov

*Attorneys for Defendants*

**HOGAN LOVELLS US LLP**

*/s/ Justin W. Bernick*
Justin W. Bernick (DC Bar No. 988245)
T. Clark Weymouth
ZacharyW. Best
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com
zachary.best@hoganlovells.com
t.weymouth@hoganlovells.com

Oliver J. Armas
Ira M. Feinberg
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
oliver.armas@hoganlovells.com
ira.feinberg@hoganlovells.com

Katherine A. Nelson
1601 Wewatta Street, Suite 900
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
katherine.nelson@hoganlovells.com

Haley K. Costello Essig
Park Place II
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200
haley.essig@hoganlovells.com

*Counsel for M.M.M. Plaintiffs*