JOSEPH H. HUNT
Assistant Attorney General
Civil Division
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
JEFFREY S. ROBINS
Assistant Director, District Court Section
Office of Immigration Litigation
District Court Section, Office of Immigration Litigation
U.S Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1246
Fax: (202) 305-7000
Email: jeffrey.robins@usdoj.gov
SARAH B. FABIAN
Senior Litigation Counsel
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al*., <br><br> Plaintiff, <br><br> v. <br><br> Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al*., <br><br> Defendants. | Case No. 3:18-cv-1832-DMS <br><br> **ORDER GRANTING JOINT STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' COMPLAINT** |

1

Before the Court is the parties' Stipulated Extension of Time for Defendants to Answer Plaintiffs' Complaint. IT IS HEREBY ORDERED that Defendants answer to Plaintiffs' second amended complaint shall be due Tuesday, October 31, 2018.

Dated: October 2, 2018

Hon. Dana M. Sabraw
United States District Judge