

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

M.M.M., On behalf of his minor child,
J.M.A. et al

**Civil Action No.** 18-cv-01832-DMS-AHG

**Plaintiff,**

**V.**

Jefferson Beauregard Sessions, III et al

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Plaintiffs' motion to dismiss and dismisses this case with prejudice. The Court declines to terminate the M.M.M. settlement agreement, and will retain jurisdiction over this case to resolve any issues that may arise under that agreement. Counsel for Plaintiffs and Defendants in this case shall also meet and confer to discuss a termination date for the M.M.M. settlement, and shall advise the Court if they are unable to resolve that dispute. Case is closed.

**Date:**          6/20/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  D.Frank

D.Frank, Deputy