# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M.M., et al., | Case No. 3:18-cv-1832-DMS |
| Petitioners-Plaintiffs, | **ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT REGARDING ATTORNEYS' FEES AND COSTS** |
| vs. | |
| JEFFERSON B. SESSIONS III, U.S. Attorney General, et al., | |
| Respondents-Defendants. | |

Upon consideration of the parties' Joint Motion for Preliminary Approval of the Settlement Regarding Attorneys' Fees and Costs ("Fees Settlement"),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Motion is **GRANTED**.

2. The Court finds that: (a) the proposed Fees Settlement is sufficiently fair, reasonable, and adequate to authorize the dissemination of notice of the Fees Settlement to potential members of the *M.M.M.* Settlement Class and to schedule a fairness hearing to determine whether to grant final approval of the proposed Fees Settlement under Fed. R. Civ. P. 23(e); (b) the Fees Settlement was negotiated at arm's length by counsel acting in good faith; and (c) there has been adequate opportunity for counsel to evaluate the claims and risks at this stage of the litigation.

3. The Court finds that preliminary approval is appropriate and hereby grants preliminary approval of the Fees Settlement subject to final determination following notice and hearing.

4. The Court approves the form and content of the draft Notice, as well as the plan for distribution of the Notice, which complies fully with the requirements of Federal Rule of Civil Procedure 23 and due process.

5. Consistent with the Notice Plan, the Notice shall be posted on www.together.gov and the website of Hogan Lovells LLP no later than ten (10) business days after the date of this Order.

6. Any Class Member who objects to the proposed Fees Settlement must do so in writing, postmarked no later than thirty (30) days after the date of this Order, and shall otherwise comply with the requirements set forth in the Notice.

7. Within thirty-five (35) days after the date of this Order, the parties will provide to the Court any objections to the Fees Settlement submitted to Class Counsel, along with the parties' responses thereto, or will notify the Court that no objections were received.

8. The parties shall file with the Court their motion for final approval of the Fees Settlement on or before thirty-five (35) days after the date of this Order.

9. The Court will hold a fairness hearing on April 18, 2025, at 1:30 p.m. in Courtroom 13A, 13th Floor, 333 West Broadway, San Diego, CA 92101, to determine the fairness, reasonableness, and adequacy of the proposed Fees Settlement. Any Class

Member who follows the procedure set forth in the Notice may appear and be heard. The fairness hearing may be rescheduled, adjourned, or continued without further notice to the Class Members.

**IT IS SO ORDERED.**

Dated: February 13, 2025

_____
Hon. Dana M. Sabraw
United States District Judge