

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

M.M.M., et al.,                                   Case No. 3:18-cv-1832-DMS

        Petitioners-Plaintiffs,      **ORDER GRANTING FINAL**
                        **APPROVAL OF SETTLEMENT**
vs.                                               **REGARDING ATTORNEYS' FEES**
                        **AND COSTS**
JEFFERSON B. SESSIONS III, U.S.
Attorney General, et al.,

        Respondents-Defendants.

Upon consideration of the parties' Joint Motion for Final Approval of the Settlement Regarding Attorneys' Fees and Costs ("Fees Settlement Agreement"), the record in this case, and the argument of the parties at the hearing regarding approval of the Fees Settlement Agreement on April 18, 2025, at 1:30 p.m.,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1.    The Motion is **GRANTED**.

2.    The Court finds that: (a) the proposed Fees Settlement Agreement is fair, reasonable, and adequate to grant final approval of the proposed Fees Settlement

Agreement under Fed. R. Civ. P. 23(e); (b) the Fees Settlement Agreement was negotiated at arm's length by experienced counsel acting in good faith; and (c) there has been adequate opportunity for counsel to evaluate the claims and risks at this stage of the litigation.

3.    The Court finds that the Class Notice given concerning the Fees Settlement Agreement fully informed the Class Members of the material elements of the proposed Fees Settlement Agreement and their opportunity to object and comment, and that the Class Notice the parties provided complied with the requirements of Federal Rule of Civil Procedure 23. No *M.M.M.* Settlement Class Member has objected to the Fees Settlement Agreement, which further supports granting approval.

4.    Accordingly, the Court hereby grants final approval of the Fees Settlement Agreement, directs that the Fees Settlement Agreement be effectuated per its terms, and orders that *M.M.M.* Plaintiffs are awarded fees and costs in the total amount of $450,000.00, with the entire award to go to Hogan Lovells LLP.

5.    The Court reserves continuing jurisdiction to interpret and enforce the Fees Settlement Agreement.

**IT IS SO ORDERED.**

Date: ____4-18-25____

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court